# United States Court of Appeals for the Federal Circuit

---

September 1, 2015

**ERRATUM**

---

Appeal No. 2015-1102

**SOCIEDAD ESPANOLA DE ELECTROMEDICINA Y CALIDAD, S.A.,**
*Plaintiff-Appellant*

**v.**

**BLUE RIDGE X-RAY COMPANY, INC., DRGEM USA, INC., DRGEM CORPORATION,**
*Defendants-Appellees*

---

Decided: July 31, 2015
Non-precedential Opinion

---

Please make the following change:

On page 11, line 1, after "inoperable," insert --on any of the grounds asserted by Blue Ridge before the district court--.